**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STEVEN MUSKAL, as Independent Administrator of the Estate of James B. Muskal,

Plaintiff,

v.

POINT DIGITAL FINANCE, INC., a Delaware Corporation, and DEER PARK 1850 FUND, L.P.,

Defendants.

Case No. 1:26-cv-00646

**DEFENDANTS' MOTION TO COMPEL ARBITRATION**

Defendants Point Digital Finance, Inc., and Deer Park 1850 Fund, L.P., respectfully move the Court for entry of an order compelling arbitration. The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Defendants' Motion to Compel Arbitration. Defendants' counsel conferred with counsel for Plaintiff, who opposes this motion. Defendants request that this Court (1) GRANT Defendants' Motion to Compel Arbitration; (2) ORDER that Plaintiff arbitrate his claims subject to the arbitration agreement in the Option Agreement; (3) STAY this action pending the outcome of arbitration; and (4) ORDER such other relief to Defendants that it deems just and proper.

Dated: March 30, 2026

Respectfully submitted,

*<u>/s/ Jonathan Y. Ellis</u>*

Jonathan Y. Ellis
McGuireWoods LLP
501 Fayetteville Street
Suite 500
Raleigh, NC 27601

(919) 755-6688
jellis@mcguirewoods.com

Kathryn M. Barber (General Bar admission pending)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
(804) 755-1227
kbarber@mcguirewoods.com

Erin L. Brown (admitted *Pro Hac Vice*)
McGuireWoods LLP
50 North Laura Street
Suite 3300
Jacksonville, FL 32202
(904) 798-2622

*Attorneys for Defendants Point Digital Finance, Inc. and Deer Park 1850 Fund, L.P.*